No. 74–5001.  CLARK v. CARBERRY.  C. A. 9th Cir. Certiorari denied.

No. 74–5002.  COPPOLA v. GRIGGS, WARDEN.  Sup. Ct. Cal.  Certiorari denied.

No. 74–5007.  PATTERSON v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 74–5009.  HARRISON v. KENTUCKY.  Ct. App. Ky. Certiorari denied.

No. 74–5019.  HYMES v. OHIO.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 74–5031.  MOORE ET AL. v. ARIZONA.  Sup. Ct. Ariz. Certiorari denied.

No. 74–5080.  NICHOLS v. FULLER.  C. A. 1st Cir. Certiorari denied.

No. 74–5099.  CURRY v. OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 74–5139.  DILLINGHAM v. FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 74–5154.  L'AQUARIUS, AKA LEWELLEN v. ANDERSON, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 74–5155.  DAVIS v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 73–1281.  TONASKET ET AL. v. THOMPSON ET AL. C. A. 9th Cir.  Motion of Hoopa Valley Tribe of Indians for leave to file a brief as *amicus curiae* granted.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.